UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Orlando Ramon Harris**                         **Docket No. 5:10-CR-142-2D**

**Petition for Action on Supervised Release**

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Orlando Ramon Harris, who, upon an earlier plea of guilty to Conspiracy to Interfere with Commerce by Robbery, in violation of 18 U.S.C. § 1951 and Possession of Firearms During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on June 8, 2011, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Orlando Ramon Harris was released from custody on December 1, 2014, at which time the term of supervised release commenced.

On November 20, 2015, the defendant was revoked and sentenced to Time Served and to be continued on Supervised Release under the original terms and conditions imposed in this case.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, until further court order.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: December 23, 2015 |

Orlando Ramon Harris
Docket No. 5:10-CR-142-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

__/s/ James C. Dever__
James C. Dever III
Chief U.S. District Judge